BEFORE: JOAN M. AZRACK  DATE: 9/7/2022
UNITED STATES DISTRICT JUDGE  TIME: 5:00 PM (30 min)

## CRIMINAL CAUSE FOR MOTION HEARING

**DOCKET NO. 19-cr-537(JMA)(SIL)**

**DEFENDANT: Andrew Frey**  **DEF. #: 1**
☒ Present  ☐ Not present  ☒ Custody  ☐ Bail/Surrender
**DEFENSE COUNSEL: Tracey Gaffey, Charles Millieon**
☒ Federal Defender  ☐ CJA  ☐ Retained

**Non-Party ECLI: Joshua Hill, Jeremy Benjamin**

**AUSA: Ivory Bishop**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Lisa Schmid   COURTROOM DEPUTY: LMP

☒ Case Called.  ☒ Counsel present for all sides.
☐ Parties consent to appear telephonically.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☐ Defendant waives speedy trial on the felon in possession case through _.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
  ☐ Detention hearing scheduled for _.
☐ Bail hearing held. Disposition:
☐ A hearing on the motion to suppress is scheduled for _, before Judge Azrack in Courtroom 920 of the Long Island Courthouse.
☐ Jury selection and trial remains scheduled for

Defendant  ☐ Released on Bond  ☒ Remains in Custody.

OTHER: Hearing held on motion to quash [116]. Decision reserved.